UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

TYRONE DWAYNE MILLER,                        Civil No. 06-1831 (PJS/JJG)

            Plaintiff,

      v.                                           **ORDER ADOPTING**
                                           **REPORT AND RECOMMENDATION**
SAINT PAUL CITY MAYOR
CHRISTOPHER B. COLEMAN, CHIEF
OF POLICE JOHN HARRINGTON, and
THE ST. PAUL POLICE DEPARTMENT,

            Defendants.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED;

2.  Plaintiff's "Request for Counsel," (Docket No. 3), is DENIED; and

3.  This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: June 19, 2006

                              s/Patrick J. Schiltz
                              PATRICK J. SCHILTZ
                              United States District Judge